UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Omar Hervis

         v.                              Civil No. 09-cv-158-JD

United States of America


O R D E R

     Omar Hervis, proceeding pro se, seeks relief under 28 U.S.C.
§ 2255, alleging ineffective assistance of counsel.  The
government filed an "Opposition to Petition," and Hervis moved
for the court's assistance in obtaining a copy of his file from
his counsel in the criminal proceeding and in obtaining
transcripts from that proceeding.  The court construed the
government's "Opposition" as its answer, directed the government
to file a motion for summary judgment after September 30, 2009,
allowed Hervis thirty days from the filing date to respond to the
motion for summary judgment, ordered Hervis's former counsel to
give Hervis's file to his daughter, and directed the clerk of
court to send Hervis copies of the transcripts he requested.

     Hervis now has filed a motion asking the court to order the
government to provide him with copies of two unpublished
decisions that are cited in the government's "Opposition" (which
is the answer) and to grant him an extension of thirty days from
the time he receives the cases to reply to the government's

"Opposition".  In response, the government represents that
although it is not required to do so, it is sending copies of the
cases to Hervis.

     To clarify, the government's pleading titled "Opposition to
Petition" is its answer.  No response is necessary.  At present,
the government has no motion pending that would require a
response from Hervis.  Further, because the government is
providing the copies Hervis seeks, no issue remains about his
access to those cases.


                            Conclusion

     For the foregoing reasons, Hervis's motion for cases and an
extension of time (document no. 9) is denied as moot.

     SO ORDERED.


                              _____
                              Joseph A. DiClerico, Jr.
                              United States District Judge

September 23, 2009

cc:  Omar Hervis, pro se
     Aixa Maldonado-Quinones, Esquire


                               2